UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

PETER J. FILES

Criminal No. 2:25-cr-

INFORMATION

The United States Attorney charges:

COUNT ONE
(Theft of Public Money)

Between about March 2006 through April 2023, in the District of Maine, the defendant,

PETER J. FILES

knowingly and willfully embezzled, stole, purloined, converted to his use, received and retained with the intent to convert knowing it to have been embezzled, stolen, purloined, and converted, money or things of value belonging to the United States and any department and agency thereof, namely Supplemental Nutrition Assistance Program benefits, as well as MaineCare benefits, each of a value exceeding $1,000.

Thus, the defendant violated Title 18, United States Code, Section 641.

_____
SPECIAL ASSISTANT U.S. ATTORNEY

Dated: 3/18/2025